IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEVONE V. HARRIS,<br>#22944-78,<br>Petitioner,<br><br>vs.<br><br>WARDEN MARTHA UNDERWOOD,<br>Respondent. | )<br>)<br>)<br>) No. 3:18-CV-1407-S<br>)<br>)<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the 18 U.S.C. § 3621 claim in the petition for habeas corpus relief under 28 U.S.C. § 2241 will be **DENIED** with prejudice, and the sentencing claims will be **DISMISSED** for lack of jurisdiction by separate judgment.

A certificate of appealability (COA) is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

SIGNED this 20th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE